UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | **CRIMINAL COMPLAINT** |
| v. | Mag. No. 19-6355 |
| MOISES MARTINEZ | |

I, Ramon A. Perez, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

SEE ATTACHMENT A

I further state that I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives, and that this Complaint is based on the following facts:

SEE ATTACHMENT B

continued on the attached page and made a part hereof.

_____
Ramon A. Perez, Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Sworn to before me and subscribed in my presence,
on the 25th of November, 2019 in Essex County, New Jersey

_____
Honorable Steven C. Mannion
United States Magistrate Judge

## ATTACHMENT A

### COUNT ONE
**(Possession of a Firearm in Furtherance of a Drug-Trafficking Crime)**

On or about October 15, 2019, in Essex County, in the District of New Jersey and elsewhere, the defendant,

**MOISES MARTINEZ,**

during and in relation to a drug-trafficking crime for which he may be prosecuted in a court of the United States, specifically, possession with intent to distribute a quantity of a mixture and substance containing heroin as charged in Count Three, did knowingly possess a firearm in furtherance of such crime.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.

### COUNT TWO
**(Possession of a Firearm by a Convicted Felon)**

On or about October 15, 2019, in Essex County, in the District of New Jersey and elsewhere, the defendant,

**MOISES MARTINEZ,**

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year in the Superior Court of New Jersey, Essex County, did knowingly possess in and affecting commerce a loaded firearm, namely a loaded Glock 9mm handgun, bearing serial number BBHU610.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT THREE
### (Possession with Intent to Distribute Heroin)

On or about October 15, 2019, in Essex County, in the District of New Jersey and elsewhere, the defendant,

**MOISES MARTINEZ,**

did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## **ATTACHMENT B**

I, Ramon A. Perez, am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"). I have been personally involved in the investigation of this matter. The information contained in this Criminal Complaint is based on my personal knowledge and on information obtained from other sources, including but not limited to statements made or reported by witnesses with knowledge of relevant facts and law enforcement officers. Because this affidavit is being submitted for the sole purpose of establishing probable cause to support the issuance of a Complaint, I have not included each and every fact known to the Government concerning this matter. Where statements of others are set forth herein, these statements are related in substance and in part. Where I assert that an event took place on a particular date/time, I am asserting that it took place on or about the date/time alleged.

1. The ATF has been investigating Moises Martinez ("MARTINEZ") and others for narcotics trafficking. The ATF's investigation has involved, among other things, physical surveillance, analysis of phone records, interviews of witnesses, and court-authorized search warrants.

2. On or about October 15, 2019, law enforcement executed a court-authorized search warrant on MARTINEZ'S residence. A search of the residence revealed the following:

   a. approximately 11 bricks[1] of heroin;
   b. approximately 27 bundles[2] of heroin;
   c. approximately 65 vials of crack-cocaine;
   d. approximately 4.9 grams of crack-cocaine;
   e. various items of narcotics paraphernalia;
   f. various personal documents in MARTINEZ'S name;
   g. approximately $764 in United States currency; and
   h. a Kel Tec 9mm handgun with a defaced serial number and loaded with 6 bullets.

3. The Kel Tec 9mm handgun was manufactured outside of New Jersey and, therefore, had traveled in interstate commerce. Based on my training and experience, drug traffickers frequently possess firearms in order to protect themselves, their drug proceeds, and their drug supplies.

4. On or about October 7, 2016 in the Superior Court of New Jersey, Essex County, MARTINEZ was convicted of possession of a controlled substance on school property, in violation of NJSA 2C:35-7, and unlawful possession of a weapon, in violation of NJSA 2C:39-5B, and was sentenced to three years' imprisonment.

---

[1] A brick of heroin refers to approximately fifty glassine envelopes of heroin.
[2] A bundle of heroin refers to approximately ten glassine envelopes of heroin.